THE PEOPLE OF THE STATE OF NEW YORK ex rel. REGINALD SHULENBERG, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

*Reginald Shulenberg,* in person, for motion.

No one opposed.

Motion for leave to appeal, etc., dismissed for want of jurisdiction.